MICHAEL H. RUBIN, State Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com

DAVID H. KRAMER, State Bar No. 168452
DALE R. BISH, State Bar No. 235390
JACOB P. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendant*
*(Additional Counsel listed on Signature Pages)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: GOOGLE ANDROID CONSUMER PRIVACY LITIGATION | CASE NO. 11-MD-02264 JSW<br>MDL No. 2264 |
| This Document Relates to<br>ALL CASES | **STIPULATED VOLUNTARY DISMISSAL OF NON-PARTICIPATING PLAINTIFFS** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-MD-02264-JSW

1  The parties in the above-entitled actions, by and through their respective attorneys, hereby stipulate to the following:

WHEREAS, this consolidated Multidistrict Litigation proceeding consists of eight putative class actions that were centralized in this Court pursuant to orders of the U.S. Judicial Panel on Multidistrict Litigation ("JPML") dated August 8 and August 19, 2011;

WHEREAS, on September 21, 2011, the Court ordered that the eight cases centralized by the JPML, as well as a ninth related action filed in this district, be consolidated for pretrial purposes;

WHEREAS, the constituent complaints were brought by or on behalf of 18 individual plaintiffs, including Juliann King, Julie Brown, Kayla Molaski, Kendrick Cochran, Nicholas Lawrence, Sid Lajzer, Jon Pessano, Tracey Lipton, Joan Smith, Bryan Hicks, Phillip Hall, Beverly Levine, Theodore Spradley, Erin Hillman, Maritsa Urias, Stan Hines, James Jefferys and Jessica Jefferys;

WHEREAS, following appointment of Interim Co-Class Counsel on September 26, 2011, plaintiffs filed a Consolidated Complaint on November 28, 2011, a First Amended Consolidated Complaint ("FACC") on January 23, 2012, and a Second Amended Consolidated Complaint ("SACC") on May 9, 2013, each of which removed certain individuals as named plaintiffs in this action;

WHEREAS, plaintiff Juliann King voluntarily dismissed her constituent complaint on May 9, 2013;

WHEREAS, as a result of these amendments and dismissal, Kayla Molaski, Erin Hillman, Stan Hines, Jon Pessano, Tracey Lipton, Julie Brown, Sid Lazjer, Bryan Hicks, Theodore Spradley, James Jefferys, Jessica Jefferys, "M.G." (a minor) or Juliann King are no longer participating in these proceedings;

WHEREAS, on June 10, 2014 the Court ordered the parties to meet and confer regarding whether constituent actions for which no plaintiff was named in the SACC should be dismissed; and

STIPULATION AND [PROPOSED] ORDER  -1-
CASE NO. 3:11-MD-02264-JSW

-2-

WHEREAS, counsel for Google and Interim Co-Class Counsel agree that individuals not named in the SACC, and any constituent actions in which no plaintiff is participating, should be dismissed for all purposes;

IT IS SO AGREED that:

1. Plaintiffs in any constituent case that were not named as plaintiffs in the SACC are hereby dismissed, except that such plaintiffs may participate in any settlement or jury award to the same extent as all other unnamed plaintiffs.  For the avoidance of doubt, the claims of Kayla Molaski, Erin Hillman, Stan Hines, Jon Pessano, Tracey Lipton, Julie Brown, Sid Lajzer, Bryan Hicks, Theodore Spradley, James Jefferys, Jessica Jefferys, and "M.G.," are hereby dismissed.

2. Any constituent case in which all plaintiffs have been dismissed pursuant to the foregoing are hereby dismissed.  For the avoidance of doubt, the member cases *Brown v. Google Inc.* (No. 11-cv-04573 JSW), *Lipton v. Google Inc.* (No 11-cv-02427 JSW), and *Jefferys v. Google Inc.* (No. 11-cv-04429 JSW) are hereby dismissed.

| | | |
|---|---|---|
| 1 | DATE: July 3, 2014 | /s/ Michael H. Rubin |

Michael H. Rubin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: mrubin@wsgr.com

David H. Kramer
Dale R. Bish
Jacob P. Veltman
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dkramer@wsgr.com
Email: dbish@wsgr.com
Email: jveltman@wsgr.com

**Attorneys for Defendant**

STIPULATION AND [P~~ROPOSED~~] ORDER
CASE NO. 3:11-MD-02264-JSW

-3-

DATE: July 3, 2014      */s/ William M. Audet*
William M. Audet
Jonas P. Mann
AUDET & PARTNERS LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com
Email: jmann@audetlaw.com

Robert K. Shelquist
Karen Hanson Riebel
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rshelquist@locklaw.com
Email: kriebel@locklaw.com

***Interim Co-Lead Class Counsel***

DATE: July 3, 2014      */s/ Steven T. Budaj*
Steven T. Budaj
Paul M. Hughes
STEVEN T. BUDAJ, P.C.
65 Cadillac Square
2915 Cadillac Tower
Detroit, MI 48226
Telephone: (313) 963-9330
Facsimile: (313) 963-9185
Email: stbudaj@counsel.cc
Email: paul@attorneyhughes.com

***Attorneys for Julie Brown and Kayla Molaski***

DATED: July 3, 2014  /s/ Gillian L. Wade
Gillian L. Wade
Sara D. Avila
MILSTEIN ADELMAN, LLP.
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: (310) 396-9600
Facsimile: (313) 396-9635
Email: gwade@milsteinadelman.com
Email: savila@milsteainadelman.com

**Attorneys for Tracey Lipton**

DATED: July 3, 2014  /s/ Brian W. Smith
Brian W. Smith
SMITH & VANTURE, LLP
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
Telephone: (561) 684-6330
Facsimile: (561) 688-0630
Email: bws@smithvanture.com

**Attorneys for James and Jessica Jefferys**

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER        -5-
CASE NO. 3:11-MD-02264-JSW

## CERTIFICATION

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file this **STIPULATION RE: VOLUNTARY DISMISSAL OF NON-PARTICIPATING PLAINTIFFS**. In compliance with Civil Local Rule 5-1(i), I hereby attest that William M. Audet, Steven T. Budaj, Gillian L. Wade, and Brian W. Smith have concurred in this filing.

DATE: July 3, 2014

                                      */s/ Michael H. Rubin*
Michael H. Rubin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email:  mrubin@wsgr.com

***Attorneys for Defendant***

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT**

1. Plaintiffs in any constituent case that were not named as plaintiffs in the SACC, including Kayla Molaski, Erin Hillman, Stan Hines, Jon Pessano, Tracey Lipton, Julie Brown, Sid Lajzer, Bryan Hicks, Theodore Spradley, James Jefferys, Jessica Jefferys, and "M.G." (a minor), are hereby dismissed.

2. Any constituent case in which all plaintiffs have been dismissed pursuant to the foregoing are hereby dismissed, i.e., the member cases *Brown v. Google Inc.* (No. 11-cv-04573 JSW), *Lipton v. Google Inc.* (No 11-cv-02427 JSW), and *Jefferys v. Google Inc.* (No. 11-cv-04429 JSW), are hereby dismissed.

SIGNED this 7th day of July, 2014.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE